# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-11321-AMC

KATHY SUE WOLGAMUTH

159 OAK KNOLL CIRCLE

MILLERSVILLE, PA 17551

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KATHY SUE WOLGAMUTH

  159 OAK KNOLL CIRCLE

  MILLERSVILLE, PA 17551

Counsel for debtor(s), by electronic notice only.

  JOHN A DIGIAMBERARDINO
  CASE, DIGIAMBERARDINO, & LUTZ PC
  845 N PARK RD, SUITE 101
  WYOMISSING, PA 19610-

                                                  /S/ William C. Miller

Date: 11/6/2018                                         _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee