*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kathy Sue Wolgamuth
    Debtor(s)

Case No: 15−11321−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor U.S. BANK NATIONAL ASSOCIATION, Et Al..

on: 7/30/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/3/19

Timothy B. McGrath
Clerk of Court

75 − 74
Form 167