# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-11321-AMC

KATHY SUE WOLGAMUTH

159 OAK KNOLL CIRCLE

MILLERSVILLE, PA 17551

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KATHY SUE WOLGAMUTH

  159 OAK KNOLL CIRCLE

  MILLERSVILLE, PA 17551

Counsel for debtor(s), by electronic notice only.

  JOHN A DIGIAMBERARDINO
  CASE, DIGIAMBERARDINO, & LUTZ PC
  845 N PARK RD, SUITE 101
  WYOMISSING, PA 19610-

                                            /S/ William C. Miller

Date: 9/3/2019                           _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee