```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 15-11321-amc
Kathy Sue Wolgamuth                                              Chapter 13
       Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv                 Page 1 of 2                  Date Rcvd: Oct 15, 2019
                             Form ID: pdf900           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +Kathy Sue Wolgamuth,    159 Oak Knoll Circle,    Millersville, PA 17551-2203
13480357        Baxter Credit Union Visa,    POB 31112,    Tampa, FL 33631-3112
13480359       +Chase,   PO Box 15123,   Wilmington, DE 19850-5123
13549963       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13491029       +John A. DiGiamberardino, Esquire,    845 N. Park Road, Ste. 101,    Wyomissing, PA 19610-1342
13480363       +Lancaster Neuroscience & Spine Assoc.,     1671 Crooked Oak Drive,   Lancaster, PA 17601-4273
13480365        Peerless Credit Services, Inc.,    PO Box 518,    Middletown, PA 17057-0518
13480368       +Physician's Surgery Center Lanc. Gen.,    2150 Harrisburg Pike,    Lancaster, PA 17601-2644
13640215       +U.S. BANK NATIONAL ASSOCIATION,    Pennsylvania Housing Finance Agency,
                 Loan Servicing Division,    211 North Front Street,    Harrisburg, Pennsylvania 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:12:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 16 2019 04:13:05
                 American Honda Finance Corporation,    P.O. Box 166469,   Irving, TX  75016
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:06:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13480362        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 16 2019 04:13:05      Honda Financial Services,
                 P.O. Box 168088,   Irving, TX 75016-8088
13492350        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 16 2019 04:13:05
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6441
13516984       +E-mail/Text: bankruptcies.notifications@bcu.org Oct 16 2019 04:13:07      Baxter Credit Union,
                 P.O. Box 8133,   Vernon Hills, IL 60061-8133
13480360        E-mail/Text: csd1clientservices@cboflanc.com Oct 16 2019 04:13:19
                 Credit Bureau of Lancaster County,    P.O. Box 1271,   Lancaster, PA 17608-1271
13480361        E-mail/PDF: DellBKNotifications@resurgent.com Oct 16 2019 04:17:49      Dell Financial Services,
                 PO Box 6403,   Carol Stream, IL 60197-6403
13532956        E-mail/PDF: pa_dc_claims@navient.com Oct 16 2019 04:17:21      Navient Solutions, Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13480364        E-mail/PDF: cbp@onemainfinancial.com Oct 16 2019 04:04:51      OneMain Financial,
                 Bankruptcy Dept.,   POB 6042,    Sioux Falls, SD 57117-6042
13480367        E-mail/Text: blegal@phfa.org Oct 16 2019 04:13:03      Pennsylvania Housing Finance Agency,
                 P.O. Box 8029,   Harrisburg, PA 17105-8029
13560226        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 04:03:49
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13480366        E-mail/Text: blegal@phfa.org Oct 16 2019 04:13:03      Pennsylvania Housing Finance Agency,
                 211 N. Front St.,   Harrisburg, PA 17101-1406
13782111        E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2019 04:12:49
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13512688        E-mail/PDF: rmscedi@recoverycorp.com Oct 16 2019 04:04:56
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13480369        E-mail/PDF: pa_dc_ed@navient.com Oct 16 2019 04:04:59      U.S. Dept. of Education/Navient,
                 P.O. Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13551496*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13480358       ##+Best Buy Credit Services,    POB 183195,   Columbus, OH 43218-3195
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2         User: dlv               Page 2 of 2            Date Rcvd: Oct 15, 2019
                             Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Kathy Sue Wolgamuth jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                 Chapter 13
KATHY SUE WOLGAMUTH

                Debtor                                 Bankruptcy No. 15-11321-AMC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 15, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A DIGIAMBERARDINO
CASE, DIGIAMBERARDINO, & LUTZ PC
845 N PARK RD, SUITE 101
WYOMISSING, PA 19610-

Debtor:
KATHY SUE WOLGAMUTH

159 OAK KNOLL CIRCLE

MILLERSVILLE, PA 17551